IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-02094-JLK-MJW**

**WILLIAM G. SMITH, et al.**,

       Plaintiffs,

v.

**MATTHEW BRUDERMAN, et al.,**

       Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     Defendants' Unopposed Motion for Leave to File Second Amended Answer, Affirmative Defenses and Counterclaims, filed August 1, 2005, is GRANTED. The Second Amended Answer, Affirmative Defenses and Counterclaims is accepted as filed.

Dated: August 8, 2005