IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-02094-JLK-MJW**

**WILLIAM G. SMITH, et al.**,

        Plaintiffs,

v.

**MATTHEW BRUDERMAN, et al.,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

With respect to the parties' recent filings regarding discovery:

1. The parties Joint MOTION to Stay *Discovery* (Doc. 54) is GRANTED, with the exception that Plaintiffs must file their responses to Defendant Bruderman Brothers' First Interrogatories by October 14, 2005.

2. Plaintiffs' Motion for Extension of Time to Respond to Bruderman's First Interrogatories (Doc. 58) is GRANTED but Plaintiffs shall serve their responses on or before October 14, 2005, as set forth above.

3. The Motion to Withdraw Stipulation regarding extension of time (Doc. 57) is GRANTED.

Counsel are encouraged to communicate effectively and to treat one another with the utmost professional courtesy to avoid unnecessary motions practice, which is expensive for their clients and distracting for the court.

Dated: September 30, 2005