# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  04-cv-02094-JLK-MJW                    FTR

**Date:**  September 26, 2006                                Shelley Moore, Deputy Clerk

WILLIAM G. SMITH, et al.,                                    David E. Bath
                                                             James W. Schmehl
          Plaintiff(s),

v.

MATTHEW BRUDERMAN, et al.,                                   David D. Pavek
                                                             Mario Aieta
          Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONE STATUS CONFERENCE**

**Court in Session 9:00 a.m.**

Court calls case.  Appearances of counsel.

Mr. Bath presents remarks concerning the scheduling of a settlement conference.

**Court in Recess 9:05 a.m.**
**Court Reconvenes 9:10 a.m.**

**ORDERED:**  A **Settlement Conference** is set on **October 26, 2006, at 11:00 a.m.**  Counsel shall clear the remainder of the day.  The settlement conference will continue, if necessary, on **October 27, 2006, at 11:00 a.m.**  Counsel shall clear the remainder of that day as well.  Updated confidential settlement statements are due by **October 20, 2006**.  All counsel, parties and/or representatives with full settlement authority shall be present in person.

Everyone entering the courthouse must have valid photo identification.

**ORDERED:**  The Stipulated Motion to Amend/Correct/Modify Revised Stipulated Scheduling and Discovery Order (document 109) is GRANTED.

**Court in recess 9:15 a.m.**
Total In-Court Time 0:10, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.