IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action Number: 04-cv-02094-JLK-MJW

WILLIAM G. SMITH, et al.,

Plaintiffs,

v.

MATTHEW BRUDERMAN, et al.,

Defendants.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

Based upon the Joint Status Report filed on February 9, 2007 (Docket No. 133), in which the parties advise that they anticipate that settlement will be completed on or before March 30, 2007, it is hereby ORDERED that the following motions are denied without prejudice:

(1) Plaintiffs' Motion to Compel from Defendant Bruderman Asset Management Company, Inc., Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 76);

(2) Plaintiffs' Motion to Compel from Defendant Drift Boardwear, LLC., Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 80);

(3) Plaintiffs' Motion to Compel from Defendant Keystone Enterprises, Inc., Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 81);

(4) Plaintiffs' Motion to Compel from Defendant Keystone Holdings, LLC, Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 82);

(5) Plaintiffs' Motion to Copel from Defendant Matthew Bruderman Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 83);

(6) Plaintiffs' Motion to Compel from Defendant MJ Bruderman & Complany, Inc.,

2

Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 84);

(7) Plaintiffs' Motion to Compel from Defendant Shark Fund, LLC., Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 85);

(8) Plaintiffs' Motion to Compel from Defendant Vanadium, Inc., Proper Responses to Plaintiffs' First Set of Interrogatories and Production Requests to Defendants (Docket No. 86);

(9) Motion to Amend Stipulated Scheduling and Discovery Order (Docket No. 103); and

(10) Defendants' Motion for Sanctions with Respect to Claims Asserted on Behalf of Kathleen Knapp (Docket No. 105).

Date: February 12, 2007